COPY

FILED
2008 DEC 31 PM 1:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ________

Christopher B. Hockett (Cal. Bar No. 121539)
chris.hockett@dpw.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., Anthony B. Tufariello, William J. Forsell, Valerie H. Kay, and Steven S. Stern*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>MORGAN STANLEY, MORGAN STANLEY MORTGAGE CAPITAL INC., MORGAN STANLEY DEAN WITTER CAPITAL I INC., f/k/a MORGAN STANLEY CAPITAL I INC., MORGAN STANLEY & CO., INCORPORATED, MCGRAW-HILL COMPANIES, MOODY'S CORP., ANTHONY B. TUFARIELLO, WILLIAM J. FORSELL, VALERIE H. KAY, STEVEN S. STERN, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-4SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5ARW, MORGAN STANLEY MORTGAGE LOAN | **SACV08-01469 DOC (FMOx)**<br>Civil Action No. ________<br><br>**L.R. 83-1.4 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>BY FAX |

TRUST 2006-6AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-7, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-10SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-12XS, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13AX, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-14SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-15XS, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1. Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc. (sued incorrectly here as "Morgan Stanley Dean Witter Capital I Inc."), Anthony B. Tufariello, William J. Forsell, Valerie H. Kay, and Steven S. Stern (the "Morgan Stanley Defendants") today filed a Notice of Removal to effect the removal of the above-captioned action to this Court from the Superior Court for the State of California, County of Orange.

2. Pursuant to Local Rule 83-1.4, the Morgan Stanley Defendants provide notice of the proceeding styled *In re: American Home Mortgage Holdings, Inc., a*

*Delaware corporation, et al.*, Case No. 07-11047(CSS), pending in the United States Bankruptcy Court for the District of Delaware (the "AHM Bankruptcy Proceeding").

3. Pursuant to Local Rule 83-1.4.2, the Morgan Stanley Defendants have identified the parties (including the "AHM Debtors") and other participants in the AHM Bankruptcy Proceedings, as well as the names, addresses and telephone numbers of the attorneys in those proceedings, as they are identified on the relevant docket sheets from those proceedings, in the document attached hereto as Exhibit A.

4. As outlined in Paragraphs 9 through 18 of the Morgan Stanley Defendants' Notice of Removal, the above-captioned action is "related to" the AHM Bankruptcy Proceedings within the meaning of 28 U.S.C. § 1334(b) because "the outcome of [this] proceeding could conceivably have an[] effect on the estate being administered in bankruptcy." *Carpenters Pension Trust for S. Cal. v. Ebbers*, 299 B.R. 610, 613 (C.D. Cal. 2003) (citing *In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988) (internal quotations omitted)).

5. The "subject matter" of the AHM Bankruptcy Proceeding consists, in the main, of the Bankruptcy Court's resolution of creditors' claims against AHM Debtors. Morgan Stanley possesses claims against AHM Debtors that relate to the above-captioned action; in particular, certain Morgan Stanley Defendants may have indemnity and/or contribution claims against AHM Debtors in connection with representations made by those AHM Debtors that were contained in offering documents that are the subject of the above-captioned action.

6. Accordingly, the above-captioned action may well, depending on its outcome, form a "material part of the subject matter of" the AHM Bankruptcy proceedings.

Dated: December 30, 2008

DAVIS POLK & WARDWELL

By: [signature]
Christopher Hockett
(Cal. Bar No. 121539)

1600 El Camino Real
Menlo Park, California 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
chris.hockett@dpw.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., Incorporated, Morgan Stanley Mortgage Capital, Inc., Morgan Stanley Capital I Inc., Anthony B. Tufariello, William J. Forsell, Valerie H. Kay, and Steven S. Stern*

# EXHIBIT A

# **Exhibit A**

## **In re: American Home Mortgage Holdings, Inc., a Delaware corporation, et al., Case No. 07-11047(CSS)**

## **Parties and Attorneys**

| **Parties** | **Attorneys** |
|---|---|
| *Debtor*<br>American Home Mortgage Holdings, Inc. | Donald J. Bowman, Jr.<br>Edward J. Kosmowski<br>Edwin J. Harron<br>Erin Edwards<br>Joel A. Waite<br>Kara Hammond Coyle<br>Kenneth J. Enos<br>Margaret B. Whiteman<br>Matthew Barry Lunn<br>Nathan D. Grow<br>Patrick A. Jackson<br>Pauline K. Morgan<br>Robert S. Brady<br>Sean Matthew Beach<br>Sharon M. Zieg<br>Travis N. Turner<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Debtor*<br>American Home Mortgage Investment Corp. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |

| | |
|---|---|
| *Debtor*<br>American Home Mortgage Acceptance, Inc. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Debtor*<br>American Home Mortgage Servicing, Inc. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Debtor*<br>American Home Mortgage Corp. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Debtor*<br>American Home Mortgage Ventures LLC | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Debtor*<br>Homegate Settlement Services, Inc. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |

| | |
|---|---|
| *Debtor*<br>Great Oak Abstract Corp. | Pauline K. Morgan<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600 |
| *Creditor Committee*<br>The Official Committee of Unsecured Creditors | Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>BLANK ROME LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Tel: (302) 425-6400 |