David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant LaSalle Bank, National Association, Trustee of Morgan Stanley Mortgage Loan Trusts 2006-4SL, 2006-5AR, 2006-5ARW, 2006-6AR, 2006-7, 2006-8AR, 2006-9AR, 2006-10SL, 2006-11, 2006-12XS, 2006-13AX, 2006-14SL, 2006-15XS, and 2006-16AX

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MORGAN STANLEY, MORGAN STANLEY MORTGAGE CAPITAL INC., MORGAN STANLEY DEAN WITTER CAPITAL I INC., f/k/a MORGAN STANLEY CAPITAL I INC., MORGAN STANLEY & CO. INCORPORATED, MCGRAW-HILL COMPANIES, MOODY'S CORP., ANTHONY B. TUFARIELLO, WILLIAM J. FORSELL, VALERIE H. KAY, STEVEN S. STERN, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-4SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5ARW, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-7,

Civil Action No. 8:CV08-1469 DOC (FMOx)

**L.R. 83-1.4 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS BY DEFENDANT LASALLE BANK, NATIONAL ASSOCIATION, TRUSTEE OF MORGAN STANLEY MORTGAGE LOAN TRUSTS 2006-4SL, 2006-5AR, 2006-5ARW, 2006-6AR, 2006-7, 2006-8AR, 2006-9AR, 2006-10SL, 2006-11, 2006-12XS, 2006-13AX, 2006-14SL, 2006-15XS, AND 2006-16AX**

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-10SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-12XS, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13AX, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-14SL, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-15XS, MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX,

Defendants.

LaSalle Bank, National Association, Trustee of Morgan Stanley Mortgage Loan Trusts 2006-4SL, 2006-5AR, 2006-5ARW, 2006-6AR, 2006-7, 2006-8AR, 2006-9AR, 2006-10SL, 2006-11, 2006-12XS, 2006-13AX, 2006-14SL, 2006-15XS, and 2006-16AX, hereby files its Notice of Pendency of Other Actions or Proceedings pursuant to Local Rule 83-1.4 and incorporates by reference in full herein the Notice of Pendency of Other Actions or Proceedings filed by the Morgan Stanley Defendants pursuant to Local Rule 83-1.4 on December 31, 2008.

DATED: January 5, 2009.

REED SMITH LLP

By ______________________
David C. Powell
Heather B. Hoesterey
Attorneys for Defendant LaSalle Bank, National Association, Trustee of Defendants Morgan Stanley Mortgage Loan Trusts 2006-4SL, 2006-5AR, 2006-5ARW, 2006-6AR, 2006-7, 2006-8AR, 2006-9AR, 2006-10SL, 2006-11, 2006-12XS, 2006-13AX, 2006-14SL, 2006-15XS, and 2006-16AX

REED SMITH LLP
A limited liability partnership formed in the State of Delaware