David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Judith B. Gitterman, Bar No. 115661
JGitterman@perkinscoie.com
PERKINS COIE LLP
1620 - 26th Street
Sixth Floor, South Tower
Santa Monica, California 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
The McGraw-Hill Companies, Inc.

FILED

2008 DEC 31 PM 3:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: ________

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – COUNTY OF ORANGE**

| | |
|---|---|
| Public Employees' Retirement System of Mississippi, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Morgan Stanley, Morgan Stanley Mortgage Capital Inc., Morgan Stanley Dean Witter Capital I Inc., f/k/a Morgan Stanley Capital I Inc., Morgan Stanley & Co., Incorporated, McGraw-Hill Companies, Moody's Corp., Anthony B. Tufariello, William J. Forsell, Valerie H. Kay, Steven S. Stern, Morgan Stanley Mortgage Loan Trust 2006-4SL, Morgan Stanley Mortgage Loan Trust 2006-5AR, Morgan Stanley Mortgage Loan Trust 2006-5ARW, Morgan Stanley Mortgage Loan Trust 2006-6AR, Morgan Stanley Mortgage Loan Trust 2006-7, Morgan Stanley Mortgage Loan Trust 2006-8AR, Morgan Stanley Mortgage Loan Trust 2006-9AR, Morgan Stanley Mortgage Loan Trust 2006-10SL, Morgan Stanley Mortgage Loan Trust 2006-11, Morgan Stanley Mortgage Loan Trust 2006-12XS, Morgan Stanley Mortgage Loan Trust | **Case No. SACV08-01469 DOC (FMOx)**<br><br>**L.R. 83-1.4 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS BY DEFENDANT THE MCGRAW-HILL COMPANIES, INC.** |

ORIGINAL

BY FAX

2006-13AX, Morgan Stanley Mortgage Loan Trust 2006-14SL, Morgan Stanley Mortgage Loan Trust 2006-15XS, Morgan Stanley Mortgage Loan Trust 2006-16AX,

Defendant.

Defendant, The McGraw-Hill Companies, Inc., hereby files its Notice of Pendency of Other Actions or Proceedings pursuant to L.R. 83-1.4 and incorporates by reference in full herein the Notice of Pendency of Other Actions or Proceedings filed by the Morgan Stanley Defendants pursuant to L.R. 83-1.4 on December 31, 2008.

DATED: December 31, 2008

**PERKINS COIE LLP**

By: David T. Biderman /jbg
David T. Biderman
Judith B. Gitterman

Attorneys for Defendant
The McGraw-Hill Companies, Inc.

**CAHILL GORDON & REINDEL LLP**

Adam Zurofsky *(Pro Hac Vice Application to be Submitted)*
Floyd Abrams *(Pro Hac Vice Application to be Submitted)*
Christopher A. Gorman *(Pro Hac Vice Application to be Submitted)*

Attorneys for Defendant
The McGraw-Hill Companies, Inc